UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN IRIS COLON,

                Plaintiff,

       -against-

JUAN P. LOPEZ, JR.,

                Defendant.

1:23-CV-5771 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

       By order dated August 28, 2023, the Court dismissed this action for lack of subject matter jurisdiction, but granted Plaintiff, who appears *pro se*, 60 days' leave to replead her claims under state law, under the court's diversity jurisdiction, in an amended complaint. (ECF 7.) On October 16, 2023, the court received a letter from Plaintiff in which she requests an extension of time to file an amended complaint in response to that order. (ECF 8.) The Court grants Plaintiff's request.

       The Court grants Plaintiff an additional 60 days' leave to file an amended complaint. As the Court specified in its August 28, 2023 order, if Plaintiff fails to file an amended complaint within the extended time allowed, or fails to show cause to excuse such failure, the Court will direct the Clerk of Court to enter judgment dismissing this action for lack of subject matter jurisdiction.

SO ORDERED.

Dated:  October 17, 2023
            New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                Chief United States District Judge