UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN IRIS COLON,<br><br>       Plaintiff,<br><br>  -against-<br><br>JUAN P. LOPEZ, JR.,<br><br>       Defendant. | 23-CV-5771 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 28, 2023, order, this action is dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 23, 2024
     New York, New York

                     /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
                  Chief United States District Judge